PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Terry Gant</u>  Case Number: <u>3:08-00205-02</u>

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Echols, U.S. District Judge</u>

Date of Original Sentence: <u>April 6, 2009</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent To Distribute Five or More Kilograms of Cocaine and 21 U.S.C. § 846 Attempt to Possess with Intent to Distribute Five or More Kilograms of Cocaine</u>

Original Sentence: <u>57 months' custody and 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>November 29, 2012</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>  Defense Attorney: <u>Jude T. Lenahan</u>

---

**THE COURT ORDERS:**

☒ No Action *as Recommended* [initials]
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22nd day of July, 2013, and made a part of the records in the above case.

_____
U. S. District Judge HAYNES

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U. S. Probation Officer

Place   Nashville, Tennessee

Date    July 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from unlawful use of a controlled substance.**

On June 19, 2013, during a random drug test, Mr. Gant submitted a urine sample that tested positive for marijuana. During a phone conversation with the probation officer on June 18, 2013, Mr. Gant admitted to using marijuana on June 16, 2013, to deal with family financial stress.

Mr. Gant has tested negative for illegal drugs on two occasions since June 19, 2013.

2.    **The defendant shall participate in a program of drug testing.**

Mr. Gant failed to report for random drug testing on June 17, 2013.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Gant began supervised release on November 29, 2012. He is scheduled to terminate supervision on November 28, 2017.

Mr. Gant was referred for a substance abuse assessment on January 30, 2013. His assessment was completed March 25, 2013, and no treatment was recommended at that time. As a result of his recent positive drug test, and admitted use of marijuana, his drug testing has been increased and he has been referred for substance abuse treatment.

Mr. Gant has been employed at United Record Pressing since his start on supervised release. He lives with his mother. Mr. Gant was counseled by the probation officer on June 19, 2013, regarding his family financial stress and the need for him to focus on his responsibilities as outlined in the conditions of supervised release. Mr. Gant reports attempting to take responsibility for himself for the first time in his life and acknowledges his poor choice as well as the need to obtain assistance to remain free from the use of illegal substances.

### U.S. Probation Officer Recommendation:

It is respectfully recommended that no action be taken by the Court at this time and Mr. Gant be allowed to continue on supervised release to take advantage of substance abuse treatment.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
 Britton Shelton
 Supervisory U.S. Probation Officer